THE NEW ROCHELLE WATER COMPANY, Appellant, v. COUNTY OF WESTCHESTER and WESTCHESTER COUNTY PARK COMMISSION, Respondents.— Action brought by plaintiff, a waterworks corporation, against the County of Westchester and the Westchester County Park Commission for a declaratory judgment that plaintiff is entitled as matter of right to lay its certain main without license, let or hindrance from the defendants, and for other relief. Judgment in favor of

defendants dismissing the complaint, entered upon a decision after a trial of the issues before the court without a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.